Jane M. Carroll, Counterplaintiff and Defendant-Appellant, v. David M. Carroll, Counterdefendant and Plaintiff-Appellee.

David M. Carroll, Plaintiff and Appellee, v. Jane M. Carroll, et al., Defendants, Jane M. Carroll, Defendant and Appellant.

Gen. Nos. 52,340, 52,440, 54,075. (Abstract of Decision.)

First District.

October 31, 1969.

Rehearing denied December 5, 1969.

Irving Goodman, of Chicago, for appellant; Rinella and Rinella, of Chicago (John P. Rinella, of counsel), for appellee. Opinion by JUSTICE EBERSPACHER. Not to be published in full.